# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 575 MAL 2019

           Respondent                 :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                          :

                                   :

RASHEED WOODS,                  :

                                   :

           Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.